UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

CASE NO.:   6:25-cv-418

YOLIAN VARGAS VELEZ and
ELI XAVIER TORRADO CURBELO,
her husband,

       Plaintiffs,

v.

UNIVERSAL CITY DEVELOPMENT
PARTNERS, LTD.,

       Defendant.

_____/

## **COMPLAINT**

The Plaintiffs, YOLIAN VARGAS VELEZ ("Plaintiff ,YOLIAN VARGAS VELEZ") and

ELI XAVIER TORRADO CURBELO ("Consortium Plaintiff, ELI CURBELLO"), her

husband—the Consortium Plaintiff—by and through their undersigned attorneys sue the

Defendant, UNIVERSAL CITY DEVELOPMENT PARTNERS, LTD., a Florida Limited

Partnership, d/b/a UNIVERSAL ORLANDO RESORT ("Defendant, UNIVERSAL"), and in

support of their lawsuit state the following:

1.     This is an action for damages in excess of Seventy-Five Thousand Dollars

($75,000.00).

2.     At all times material hereto the Plaintiffs, YOLIAN VARGAS VELEZ and ELI

CURBELO, her husband, were and are residents of Camuy, Puerto Rico.

3.     At all times material hereto the Defendant, UNIVERSAL was authorized to do

business in the State of Florida, and in fact, doing business in Orlando, Orange County, Florida.

1

4.    At all times materials hereto, the Defendant, UNIVERSAL, owned, operated, maintained and/or controlled the amusement park containing a ride known as the "Hollywood Rip Ride Rockit," located at 6000 Universal Boulevard, Orlando, Orange County, Florida 32819.

5.    The Hollywood Rip Ride Rockit is a high-speed steel roller coaster that climbs approximately 136 feet, reaches a top speed of 65 miles per hour, and exhibits one non-inverting loop.  This roller coaster's only restraint is a lap-bar.  It fails to provide any head and/or neck restraints for its riders.

6.    Defendant, UINVERSAL designed the Hollywood Rip Ride Rockit, and had direct involvement with in its engineering, safety specifications, and operational limits.

7.    On or about May 5, 2024, the Plaintiff, YOLIAN VARGAS VELEZ, was lawfully on the premises of UNIVERSAL as a business invitee and decided to ride the Hollywood Rip Ride Rockit.

8.    While riding the Hollywood Rip Ride Rockit, Plaintiff, YOLIAN VARGAS VELEZ experienced the roller coaster's unreasonably violent movements and unreasonably dangerous acceleration and gravitational forces, which, in turn, caused Plaintiff, YOLIAN VARGAS VELEZ's head to shake violently and strike forcefully against her seat's head rest.

9.    Consequently, Plaintiff, YOLIAN VARGAS VELEZ sustained permanent injuries to her cervical spine along with a traumatic brain injury ("TBI").

## COUNT I – NEGLIGENCE

Plaintiffs restate and reallege Paragraphs 1 through 9 above as if fully set forth herein, and further state:

10.    At all times material hereto the Defendant, UNIVERSAL, by and through their agents, employees, and/or servants had a duty to operate and maintain the ride known as the

"Hollywood Rip Ride Rockit" in a reasonably safe manner and condition in order to prevent injury to invitees, and in particular, to the Plaintiff, YOLIAN VARGAS VELEZ.

11.    At all times material hereto the Defendant, UNIVERSAL, by and through their agents, employees and/or servants, breached the above duty as follows:

a.    By failing to adequately, properly and sufficiently warn Plaintiff, YOLIAN VARGAS VELEZ of the unreasonably dangerous G-Forces created by the Hollywood Rip Ride Rockit, of which Defendant, UNIVERSAL had actual and constructive knowledge;

b.    By failing to adequately, properly and sufficiently warn Plaintiff, YOLIAN VARGAS VELEZ of the unreasonably dangerous acceleration forces created by the Hollywood Rip Ride Rockit, of which Defendant, UNIVERSAL had actual and constructive knowledge;

c.    By failing to provide neck restraints on the seats of the Hollywood Rip Ride Rockit's trains;

d.    By failing to provide head restraints on the seats of the Hollywood Rip Ride Rockit's trains;

e.    By failing to adequately, properly and sufficiently warn and instruct Plaintiff, YOLIAN VARGAS VELEZ that the lack of head and/or neck restraints on the Hollywood Rip Ride Rockit's trains—coupled with the coaster's unreasonably dangerous G-forces and/or acceleration forces— could cause riders' heads to shake violently, despite Defendant, UNIVERSAL having actual and constructive knowledge of this fact;

3

f.      By failing to adequately, properly and sufficiently warn and instruct that the lack of head and/or neck restraints on the Hollywood Rip Ride Rockit's trains—coupled with the coaster's unreasonably dangerous G-Forces and/or acceleration forces— could cause riders' heads to strike forcefully against the train seat's headrest, despite Defendant, UNIVERSAL having actual and constructive knowledge of this fact;

g.      By failing to adequately, properly and sufficiently warn of the unreasonably unsafe conditions created by the violent and rough nature of the Hollywood Rip Ride Rockit, despite Defendant, UNIVERSAL having actual and constructive knowledge of this fact;

h.      By failing to adequately, properly and sufficiently implement procedures to protect invitees from head and neck injuries despite Defendant, UNIVERSAL having actual knowledge the Hollywood Rip Ride Rockit had previously caused riders to sustain neck injuries and head injuries; and

i.      By failing to warn Plaintiff, YOLIAN VARGAS VELEZ that the Hollywood Rip Ride Rockit had previously caused riders to sustain neck and injuries despite Defendant, UNIVERSAL having actual knowledge of this fact.

12.     As a direct, proximate and foreseeable result of the negligence of the Defendant, UNIVERSAL, by and through their agents, employees and/or servants, the Plaintiff, YOLIAN VARGAS VELEZ, suffered bodily injury and resulting pain and suffering, disability, disfigurement, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing

condition, including but not limited to a traumatic brain injury. The losses are either permanent or continuing and Plaintiff, YOLIAN VARGAS VELEZ, will suffer the losses in the future.

WHEREFORE, Plaintiff, YOLIAN VARGAS VELEZ, demands judgment for damages against the Defendant, UNIVERSAL, together with interest, costs, and trial by jury of all issues triable as a right by jury.

**COUNT II**
**STRICT PRODUCTS LIABILITY (DEFECTIVE DESIGN)**

Plaintiffs restate and reallege Paragraphs 1 through 12 above as if fully set forth herein, and further state:

13.    Defendant, UNIVERSAL is strictly liable for Plaintiff, YOLIAN VARGAS VELEZ's injuries because it designed the Hollywood Rip Ride Rockit roller coaster, which was defective and unreasonably dangerous, and placed this defectively designed product into the stream of commerce.

14.    Defendant, UNIVERSAL's role in designing and placing this roller coaster into the stream of commerce created a foreseeable zone of risk, which, in turn, created a duty for Defendant, UNIVERSAL to take reasonable precautions to prevent harm to riders of the roller coaster, like Plaintiff, YOLIAN VARGAS VELEZ.

15.    The Hollywood Rip Ride Rockit was defectively designed because it caused riders to experience unreasonably dangerous acceleration and gravitational forces.

16.    The Hollywood Rip Ride Rockit was also defectively designed because it failed to provide riders with a restraint that would hold riders' heads and necks in place throughout the duration of the ride.

17.    In conjunction, the Hollywood Rip Ride Rockit's aforementioned design defects make it far more dangerous than a reasonable amusement park guest would anticipate.

18.    The risks associated with the Hollywood Rip Ride Rockit's aforementioned design defects outweigh any potential benefits of the roller coaster and a safer alternative design—such as head/neck restraints and acceleration and G-force reduction measures—was available.

19.    Plaintiff, YOLIAN VARGAS VELEZ rode the Hollywood Rip Ride Rockit as intended and in a manner reasonably foreseeable to Defendant, UNIVERSAL.

20.    The Hollywood Rip Ride Rockit's defective design proximately caused Plaintiff, YOLIAN VARGAS VELEZ to sustain permanent injuries, including a traumatic brain injury, cervical injury, mental anguish, loss of capacity for the enjoyment of life, expense of hospitalization, medical and nursing care and treatment, and aggravation of a previously existing condition.

21.    The losses are either permanent or continuing and Plaintiff, YOLIAN VARGAS VELEZ, will suffer the losses in the future.

WHEREFORE, Plaintiff, YOLIAN VARGAS VELEZ, demands judgment for damages against the Defendant, UNIVERSAL, together with interest, costs, and trial by jury of all issues triable as a right by jury.

**COUNT III**
**LOSS OF CONSORTIUM**

Plaintiff, ELI CURBELO, restates and realleges Paragraphs 1 – 21 as if fully set forth herein, and in addition thereto would state:

22.    At all times material hereto, the Plaintiff, ELI CURBELO, was and is lawfully married to the Plaintiff, YOLIAN VARGAS VELEZ.

23.    As a direct, proximate and foreseeable result of the negligence of the Defendant, UNIVERSAL by and through their agents, employees and/or servants, the Plaintiff, ELI

CURBELO, has suffered and will continue to suffer the loss of his wife's services, support, consortium and the care and comfort of her society.

WHEREFORE, the Plaintiff, ELI CURBELO, demands judgment for damages against the Defendant, UNIVERSAL, together with interest, costs and trial by jury of all issues triable as of right by jury.

DATED this 11th day of March, 2025.

KRUPNICK CAMPBELL MALONE
BUSER SLAMA HANCOCK, P.A.
Attorneys for Plaintiffs
350 East Las Olas Boulevard
Suite 800
Fort Lauderdale, Florida  33301
Telephone:    (954) 763-8181
Facsimile:    (954) 763-8292

BY:_____
        JOSEPH J. SLAMA
        Florida Bar No.: 476171
        JUSTIN BAILEY
        Florida Bar No.:  1018459
        Pleadings-JJS@krupnicklaw.com